914

No. 540, Misc. HEFFNER *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 541, Misc. RODRIGUEZ *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 542, Misc. PUCKETT *v.* COINER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 545, Misc. THOMPSON *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 547, Misc. HERZIC *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 549, Misc. ALLISON *v.* GRAY, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *Jo M. Ferguson,* Attorney General of Kentucky, and *Earle V. Powell,* Assistant Attorney General, for respondent.

No. 553, Misc. GOBERT *v.* MYERS, WARDEN. Superior Court of Pennsylvania. Certiorari denied. Petitioner *pro se.* *James N. Lafferty* and *Victor H. Blanc* for respondent.

No. 554, Misc. COLWELL *v.* MYERS, WARDEN. Superior Court of Pennsylvania. Certiorari denied. Petitioner *pro se.* *James N. Lafferty* and *Victor H. Blanc* for respondent.